UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| SOO REED, Individually and On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HAROLD N. KVISLE et al.,<br>Defendants. | Civil Action: 4:14-CV-03710<br><br>District Judge Ewing Werlein |

## JOINDER BY CHARLES M. WINOGRAD IN PERSONAL JURISDICTION MOTION

Defendant Charles M. Winograd joins the parties' motion to dismiss for lack of personal jurisdiction. A copy of his supporting declaration is attached.

Respectfully submitted,

s/ Gerard G. Pecht
Gerard G. Pecht (Attorney-in-Charge)
State Bar No. 15701800
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Telecopier: (713) 651-5246

Peter A. Stokes
State Bar No. 24028017
Fulbright & Jaworski L.L.P.
600 Congress Ave., Suite 2400
Austin, Texas 78701-2978
Telephone: (512) 536-5287
Telecopier: (512) 536-4598

*Attorneys for Charles M. Winograd*

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on January 23, 2015, which caused an electronic copy of this document to be served on counsel for Plaintiffs.

                                                                          s/ Gerard G. Pecht
                                                                            Gerard G. Pecht