UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SOO REED, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | Civil Action No. 4:14-cv-3710 |
| v. | § § § | |
| HAROLD N. KVISLE, CHRISTINE BERGEVIN, DONALD J. CARTY, JONATHAN CHRISTODORO, THOMAS W. EBBERN, BRIAN M. LEVITT, SAMUEL J. MERKSAMER, LISA A. STEWART, HENRY W. SYKES, PETER W. TOMSETT, MICHAEL T. WAITES, CHARLES R. WILLIAMSON, CHARLES M. WINOGRAD, TALISMAN ENERGY INC., and REPSOL S.A., | § § § § § § § § § § § § | |
| Defendants. | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff Soo Reed, through her undersigned attorneys, hereby discloses that the following parties may have a financial interest in the outcome of this action:

1. Harold N. Kvisle

2. Christine Bergevin

3. Donald J. Carty

4. Jonathan Christodoro

5. Thomas W. Ebbern

6. Brian M. Levitt

7. Samuel J. Merksamer

8. Lisa A. Stewart

9. Henry W. Sykes

10. Peter W. Tomsett

11. Michael T. Waites

12. Charles R. Williamson

13. Charles M. Winograd

14. Talisman Energy Inc.

15. Repsol S.A.

16. American International Group, Inc. (AIG)

17. Fulbright & Jaworski L.L.P.

18. Norton Rose Fulbright

19. Soo Reed

20. The Bilek Law Firm, L.L.P.

21. Levi & Korsinsky LLP

DATED: January 29, 2015.

Respectfully submitted,

_____/s/ Thomas E. Bilek_____
Thomas E. Bilek
TX Bar 02313525 / SDTX Bar 9338
**THE BILEK LAW FIRM, L.L.P.**
700 Louisiana, Suite 3950
Houston, Texas  77002
(713) 227-7720

*Attorneys for Plaintiff*

OF COUNSEL:

Shane T. Rowley
**LEVI & KORSINSKY LLP**
30 Broad Street, 24th Floor
New York, New York  10004
Tel: (212) 363-7500
Fax: (866) 367-6510

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed via the Live District CM/ECF System on January 29, 2015, which caused an electronic copy of same to be served automatically upon counsel of record.

>					*/s/ Thomas E. Bilek*
> Thomas E. Bilek