UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SOO REED, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>HAROLD N. KVISLE, et al.,<br><br>    Defendants. | §<br>§<br>§   Civil Action No. 4:14-cv-3710<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Soo Reed, by her undersigned counsel, hereby voluntarily dismisses, without prejudice, this action against all Defendants. All costs and expenses, including attorneys' fees, will be borne by the party that incurred them.

DATED:  February 3, 2015.

Respectfully submitted,

    */s/ Thomas E. Bilek*
Thomas E. Bilek
TX Bar 02313525 / SDTX Bar 9338
**THE BILEK LAW FIRM, L.L.P.**
700 Louisiana, Suite 3950
Houston, Texas  77002
(713) 227-7720

*Attorneys for Plaintiff*

**OF COUNSEL:**

Shane T. Rowley
**LEVI & KORSINSKY LLP**
30 Broad Street, 24th Floor
New York, New York  10004
Tel: (212) 363-7500
Fax: (866) 367-6510

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed via the Live District CM/ECF System on February 3, 2015, which caused an electronic copy of same to be served automatically upon counsel of record.

>*/s/ Thomas E. Bilek*
>Thomas E. Bilek