IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SOO REED, Individually and On Behalf of Himself and All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-14-3710 |
| HAROLD N. KVISLE, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 16), this action is dismissed without prejudice.

SIGNED on February 4, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge